**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

VS.                                              CASE NO: 6:13-cr-87-Orl-40TBS

MICHAEL RIVERS and
KIM RIVERS
_____/

## <u>ORDER</u>

This cause is before the Court on Defendants Michael Rivers and Kim Rivers'

Motion for Reconsideration of the Denial of their Rule 60 Motion. (Doc. 340). Upon due

consideration, the Motion for Reconsideration is denied.[1]

## I.    DISCUSSION

Reconsideration is an extraordinary remedy which will only be granted upon a

showing of one of the following: (1) an intervening change in law, (2) the discovery of new

evidence which was not available at the time the Court rendered its decision, or (3) the

need to correct clear error or manifest injustice.  *Fla. Coll. of Osteopathic Med., Inc. v.*

*Dean Witter Reynolds, Inc.*, 12 F. Supp. 2d 1306, 1308 (M.D. Fla. 1998).  It is wholly

inappropriate in a motion for reconsideration to relitigate the merits of the case or to "vent

dissatisfaction with the Court's reasoning."  *Madura v. BAC Home Loans Servicing L.P.*,

No. 8:11-cv-2511-T-33TBM, 2013 WL 4055851, at *2 (M.D. Fla. Aug. 12, 2013) (citation

omitted).  Instead, the moving party must set forth "strongly convincing" reasons for the

Court to change its prior decision.  Id. at *1.

_____

[1] It is unclear how Defendant Kim Rivers signed this pleading in that she is incarcerated
in a federal facility separate from her husband.

Defendants do not contend that there has been an intervening change in controlling law or the discovery of new evidence which would warrant the Court reconsidering its Order denying their Rule 60 Motion.  Moreover, Defendants do nothing more than re-argue their position against denial of their Rule 60 Motion and vent their dissatisfaction with the Court's ruling.  Because Defendants assert no reason which merits the extraordinary remedy of reconsideration, their motion will be denied.

**DONE AND ORDERED** in Orlando, Florida on June 25, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties